FILED
MAR - 9 2007
CLERK

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

| | | |
|---|---|---|
| DEBRA L. SPARKS, as Personal Representative of the Estate of George Sparks and the Estate of Marlene Sparks, | * * * * * | CIV. 07-4030 |
| Plaintiff, | * * | |
| vs. | * * | NOTICE OF REMOVAL |
| DAVID C. THOMPSON and DAVID C. THOMPSON, P.C., | * * * | |
| Defendants. | * * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

Defendants David C. Thompson and David C. Thompson, P.C. ("Thompson"), by their counsel of record, Davenport, Evans, Hurwitz & Smith, notifies the Court as follows:

1. Plaintiff was appointed by the Circuit Court, First Judicial Circuit, Yankton County, South Dakota, as the personal representative of the Estate of Marlene Sparks, deceased. Plaintiff was also appointed by the Circuit Court, First Judicial Circuit, Yankton County, South Dakota, as a successor personal representative of the Estate of George Sparks.

2. Defendant is a lawyer practicing in North Dakota whose primary principal office is 321 Kittson Avenue, P.O. Box 5235, Grand Forks, North Dakota 58206-5235. Defendant David C. Thompson, P.C., is a North Dakota professional corporation with an address of 321 Kittson Avenue, P.O. Box 5235, Grand Forks, North Dakota 58206-5235.

3. That the matter in controversy exceeds the sum of $75,000, exclusive of costs and interest. There is diversity of citizenship between the Plaintiff and Thompson and this Court has jurisdiction of this matter by reason of diversity of citizenship pursuant to 28 U.S.C. § 1332.

4.  Attached hereto and filed with this Notice are copies of a Summons (Exhibit A) and Complaint (Exhibit B). The undersigned is informed and thereby believes that the Summons and Complaint was served upon Defendants on February 12, 2007. The Summons and Complaint constitute the only process, pleadings, and order served upon Thompson in this matter.

5.  Thompson desires to remove this action from the First Judicial Circuit, Yankton County, South Dakota, and that all further matters herein proceed in the United States District Court for the District of South Dakota, Southern Division, and that this notice is brought to the Court pursuant to 28 U.S.C. § 1446.

WHEREFORE, Thompson prays that this Notice be filed and that all further proceedings herein be had as provided for by the laws of the United States of America.

Dated at Sioux Falls, South Dakota, this 9 day of March, 2007.

DAVENPORT, EVANS, HURWITZ & SMITH, L.L.P.

_____
Mark F. Marshall
Edwin E. Evans
206 West 14th Street
PO Box 1030
Sioux Falls, SD 57101-1030
Telephone: (605) 336-2880
Facsimile: (605) 335-3639
*Attorneys for Defendants*

2