UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION

| | | |
|---|---|---|
| DEBRA L. SPARKS, as personal representative of the estate of George Sparks and the estate of Marlene Sparks, | ) ) ) ) ) | CIV. 07-4030-KES |
| Plaintiff, | ) ) | JUDGMENT OF DISMISSAL |
| vs. | ) ) | |
| DAVID C. THOMPSON and DAVID C. THOMPSON, P.C., | ) ) ) | |
| Defendants. | ) | |

Pursuant to the motion for judgment of dismissal and the stipulation of dismissal, it is hereby

ORDERED, ADJUDGED, AND DECREED that this case is dismissed upon its merits and with prejudice.

Dated February 20, 2008.

BY THE COURT:

/s/ *Karen E. Schreier*
KAREN E. SCHREIER
CHIEF JUDGE